## United States District Court for the Northern District of Illinois

Case Number: 08CV2715                    Assigned/Issued By: DAJ

Judge Name: KENNELLY                     Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00

[ ] IFP          [ ] No Fee      [ ] Other _____

[ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                         Receipt #: 2766534

Date Payment Rec'd: 05/09/08                Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                 [ ] Alias Summons

[ ] Third Party Summons                     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____

[ ] Citation to Discover Assets             (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__2__ Original and __0__ copies on __05/09/08__ as to __DEF'S.__
                                      (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05