IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FIFTH THIRD BANK CHICAGO**, a banking corporation, | ) ) ) | |
| | ) | Hon. Matthew F. Kennelly |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Case No.: 08 cv 2715 |
| **KENNETH A. NELSON**, a Florida resident, and the **KENNETH A. NELSON REVOCABLE TRUST, a/k/a KENNETH A. NELSON TRUST DATED FEBRUARY 18, 1981** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## NOTICE OF FILING

To:   See Attached Service List

Please Be Advised that on May 20, 2008, the undersigned filed with the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois, Fifth Third Bank Chicago's **NOTICE OF DISMSSAL WITHOUT PREJUDICE**, a copy of which is attached hereto.

Respectfully submitted,

FIFTH THIRD BANK CHICAGO

By:   /s/ Gregory J. Jordan
One of Its Attorneys

Gregory J. Jordan  (ARDC #6205510)
Peter J. Schmidt  (ARDC #6256638)
Jean Soh (ARDC #6285187)
Polsinelli Shalton Flanigan Suelthaus PC
Two Prudential Plaza
180 N. Stetson Avenue, Ste. 4525
Chicago, IL 60601
(312) 819-1900
(312) 819-1910 (Facsimile)

2

**CERTIFICATE OF SERVICE**

    I, Gregory J. Jordan, hereby certify that on May 20, 2008, I delivered this Notice of Filing and the document to which reference is made by electronic transmission to all persons who have followed the electronic notice procedures in the above-reference case and via United States mail on any parties on the attached service list not notified electronically on this 20th day of May.

                                                                                              /s/ Gregory J. Jordan

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FIFTH THIRD BANK CHICAGO, a banking corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | Hon. Matthew F. Kennelly |
| v. | ) ) | Case No.: 08 cv 2715 |
| **KENNETH A. NELSON, a Florida resident, and the KENNETH A. NELSON REVOCABLE TRUST, a/k/a KENNETH A. NELSON TRUST DATED FEBRUARY 18, 1981** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## SERVICE LIST

| | |
|---|---|
| Kenneth A. Nelson<br><br>1625 3rd Street South<br><br>Naples, Florida 34102 | Kenneth A. Nelson Revocable Trust, a/k/a Kenneth A. Nelson Trust Dated February 18, 1981 c/o Kenneth A. Nelson, Trustee<br><br>1625 3rd Street South<br><br>Naples, Florida 34102 |

3